In theMatter of the Application of JULIUS BLOOM and Others, Respondents, for a Peremptory Mandamus Order against DEPARTMENT OF MARKETS and

Another, Defendants. HARRY ROSENSTEIN, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.